FILED' 10 APR 8 13:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BARBARA G. DAUVEN, and
THEODORE E. DAUVEN,

    Plaintiffs,

v.

GEORGE FOX UNIVERSITY; GEORGE FOX
UNIVERSITY GRADUATE DEPARTMENT
OF COUNSELING; KARIN JORDAN; JAMES
WORTHINGTON; ANNA BERARDI, f/k/a ANITA
MAHER; RAND MICHAEL; MARY ELLEN
LANGSTON; MELISSA OWENS; DEPAUL
ADULT DRUG AND ALCOHOL
TREATMENT CENTER; and JOHN DOE
DEFENDANTS,

    Defendants.

09-CV-305-PK

ORDER

**BROWN, Judge.**

  Magistrate Judge Paul Papak issued Findings and Recommendation (#56) on January 29, 2010, in which he recommends this Court grant in part and deny in part the Motion (#25) for Summary Judgment by Defendants De Paul Treatment Centers, Inc., Mary Ellen Langston, and Melissa Owens (DePaul Defendants). The Magistrate Judge also recommends this Court deny Plaintiff Barabara Dauven's Motion (#31) for Partial Summary Judgment in

1 - ORDER

its entirety. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#56). Accordingly, the Court **GRANTS** DePaul Defendants' Motion (#25) for Summary Judgment with respect to Plaintiffs' Thirteenth Claim for outrageous conduct and **DENIES** the Motion with respect to Plaintiffs' Twelfth Claim for wrongful interference with economic advantage. The Court also **DENIES** Plaintiff Barbara Dauven's Motion (#31) for Partial Summary Judgment in its entirety.

IT IS SO ORDERED.

DATED this 7th day of April, 2010.

                        */s/ Anna J. Brown*
                        ANNA J. BROWN
                        United States District Judge